UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:22-cr-85-SPC-KCD

RYAN P WESTWOOD

### ORDER[1]

It is **ORDERED** that the United States Marshals Service **TRANSPORT** Defendant Ryan P. Westwood to the federal courthouse in Fort Myers, Florida by 9:00 am on **May 25, 2023**, whereupon he will be released to the custody of the United States Probation Office to be taken directly to the drug treatment facility the undersigned has ordered him to attend (*See* Doc. 44). Upon successful completion of the drug treatment program, Defendant must report immediately to the Probation Office.

**DONE AND ORDERED** in Fort Myers, Florida on May 24, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:   Counsel of Record
Theresa L. Masiano, Supervisory U.S. Probation Officer
Ricardo Rodriguez, U.S. Supervisor Deputy Marshal

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.